IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING INC, and INTERDIGITAL PATENT HOLDINGS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PANTECH CO., LTD., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 14-1075-SLR/SRF ) ) ) ) |

# ORDER

At Wilmington this ___ day of February, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on January 21, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that Magistrate Judge Fallon's Report and Recommendation (D.I. 6) is adopted and the case is administratively closed pending resolution of the bankruptcy proceedings, termination of the automatic stay, and to the extent such claims against the defendant have not been adjudicated and/or discharged in the bankruptcy proceedings.

_____
United States District Judge